**Motion Denied; Order filed March 26, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00680-CR

_____

**GUYLANN BARROW, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 300th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 72928**

## ORDER

Appellant is represented by appointed counsel, David Ryan. Appellant's brief was originally due November 17, 2014**.** We granted a total of more than 90 days' extension of time to file appellant's brief until March 13, 2015. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On March 23, 2015, counsel

filed a further request for extension of time to file appellant's brief. Counsel did not allege any exceptional circumstances in the request.

We deny the request for extension and issue the following order.

Accordingly, we order David Ryan to file a brief with the clerk of this court on or before April 22, 2015. If counsel does not timely file appellant's brief as ordered, the court will issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Christopher, Donovan, and Wise